**FILED**

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0505

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA-23-0505

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF KEVIN THIELMANN,<br><br>Deceased. | ) SUPREME COURT CAUSE No.<br>) DA-23-0505<br>) DISTRICT COURT CASE NO.:<br>) DP-22-017<br>)<br>) **ORDER GRANTING EXTENSION**<br>) **OF TIME TO FILE OPENING BRIEF**<br>)<br>)<br>) |

UPON REVIEW of the Appellant's Motion for Extension of Time to File Opening Brief (Unopposed) and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's Deadline to File their Reply Brief presently set for October 15, 2023 is hereby VACATED and RESET for November 15, 2023.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

CC:

Appellant/ Patrick Flaherty
Appellee/Gary Bjelland & Heather Starns

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 4 2023